IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23CR346-1 |
| | : | |
| CHAUNSAE LEE WILLIAMS | : | |

FILED OCT 30 2023

The Grand Jury charges:

COUNT ONE

On or about January 24, 2023, continuing up to and including on or about February 8, 2023, in the County of Forsyth, in the Middle District of North Carolina, CHAUNSAE LEE WILLIAMS knowingly did possess in and affecting commerce a firearm, that is, a Glock .40 caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT TWO

On or about February 8, 2023, in the County of Forsyth, in the Middle District of North Carolina, CHAUNSAE LEE WILLIAMS knowingly and intentionally did unlawfully possess with intent to distribute a quantity of marihuana, a Schedule I controlled substance within the meaning of Title 21,

United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

## COUNT THREE

On or about February 8, 2023, in the County of Forsyth, in the Middle District of North Carolina, CHAUNSAE LEE WILLIAMS, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute marihuana, as more fully referenced in Count Two of this indictment, did knowingly possess a firearm, that is, a Glock .40 caliber handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FOUR

On or about the February 8, 2023, in the County of Forsyth in the Middle District of North Carolina, CHAUNSAE LEE WILLIAMS did knowingly possess a machinegun, that is, a Glock switch, a part designed and intended

solely and exclusively for use in converting a weapon into a machinegun; in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

DATED: October 30, 2023

SANDRA J. HAIRSTON
United States Attorney

*Nicole R. Dupré by SS*

BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL:

███████████████

FOREPERSON